IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THE BOARD OF ST. MARY'S HOLY APOSTOLIC CATHOLIC CHURCH OF THE EASE, a non-profit Corporation,<br><br>           Plaintiff,<br>   v.<br><br>MAR ADDAI II, MAR ZAIA KOSHBA, and Does 1 through 50,<br><br>           Defendants. | 1:12-cv-1252  AWI BAM<br><br>ORDER ON PARTIES' STIPULATION AND DISSOLVING TEMPORARY RESTRAINING ORDER ISSUED JULY 31, 2012<br><br>(Doc. No. 8) |

On August 8, 2012, the parties signed and filed with this Court the following stipulation:

WHEREAS Plaintiff filed a Complaint in the Superior Court of California, County of Stanislaus, captioned *The Board of St. Mary's Holy Apostolic Catholic Church of the East, et al. v. Mar Addai II, Mar Zaia Koshaba, et al.*, Case No. 677139 (the "State Court Action") on July 17, 2012;

WHEREAS, Defendants filed a Notice of Filing Notice of Removal with the Clerk of the Superior Court of California, County of Stanislaus along with a copy of the Notice of Removal on July 30, 2012 at 1:47 P.M.;

WHEREAS Plaintiff appeared *ex parte* on July 31, 2012 and made its Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue;

WHEREAS Defendants did not appear at the Ex Parte Hearing on July 31, 2012;

WHEREAS Plaintiff's Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Temporary Restraining Order") was granted not knowing of the July 30, 2012 1:47 P.M. filing;

WHEREAS the filing of the Notice of Filing Notice of Removal pursuant to 28 U.S.C.A. § 1446 subdivision (d) divested the Superior Court of jurisdiction;

WHEREAS pursuant to California Code of Civil Procedure § 473 and the cases interpreting it, the Superior Court of California has the inherent power to set aside any order it has entered; therefore, the Stipulation and Order attached hereto as Exhibit "A" has been filed in the Superior Court of California, County of Stanislaus;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, THE BOARD OF ST. MARY'S HOLY APOSTOLIC CATHOLIC CHURCH OF THE EAST, and Defendants, MAR ADDAI II and MAR ZAIA KOSHABA, by and through their respective counsel of record, that the Temporary Restraining Order should be vacated, set aside and dissolved.

IT IS SO STIPULATED AND AGREED.

Court's Docket Doc. No. 8.

Because the parties agree, and the representations indicate conduct by the Superior Court that is proscribed by 28 U.S.C. § 1446(d), the Court will give effect to the stipulation and dissolve the Superior Court's restraining order.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties stipulation to dissolve the Temporary Restraining Order is GRANTED (Doc. No. 8); and

2. The July 31, 2012 Temporary Restraining Order issued by the Superior Court of California, County of Stanislaus, is vacated, set aside, and dissolved.

IT IS SO ORDERED.

Dated:   August 14, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

daw                                                 2