UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE BOARD OF ST. MARY'S HOLY APOSTOLIC CATHOLIC CHURCH OF THE EAST, A NON-PROFIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MAR ADDAI II, MAR ZAIA KOSHABA, AND DOES 1 THROUGH 50,<br><br>Defendants. | CASE NO. 1:12-cv-01252-AWI-BAM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

<u>ORDER</u>

On August 13, 2012, Defendants' moved this Court for a 28-day extension of time to respond to Plaintiff's complaint. (Doc. 9.) On August 17, 2012, Counsel for Plaintiff informed the Court Plaintiff did not intend to oppose the motion. Accordingly, and for good cause shown, the Court hereby GRANTS Defendants' motion for an extension of time to respond to Plaintiff's complaint. Defendants shall have up to and including September 10, 2012 to move, plead, or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:   **August 19, 2012**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

\LGORECKI\1057376.2
080812-20794001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28